**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.**   1:22-mj-03516-Reid

**UNITED STATES OF AMERICA**

**v.**

**MIGUEL ANGEL SANCHEZ JR,**

   **Defendant.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  No

2.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No


Respectfully submitted,

JJUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   _Jessica J. Ayer_____
JESSICA J. AYER
Special Assistant United States Attorney
Court ID No. A5502916
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (305) 510-8179
Fax No. (305) 536-4676
E-mail: Jessica.Ayer@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   1:22-mj-03516-Reid |
| MIGUEL ANGEL SANCHEZ JR, | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 5, 2022 _____ in the county of _____ Miami-Dade _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(iv) | Encouraging or Inducing an Alien to Enter the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Cyrstal Becker, Special Agent, HSI
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by _____

Date: _____ 09/06/2022 _____

_____
_Judge's signature_

City and state: _____ Miami, Florida _____

The Hon. Magistrate Judge Reid
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Crystal Becker, being duly sworn, do depose and say:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am employed as a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), in Key West, Florida, and have been so employed since July 2019.  As an HSI special agent, I am responsible for investigating matters within the jurisdiction of the United States Department of Homeland Security, including violations of the immigration and customs laws of the United States. Prior to my employment with HSI, I was employed as a United States Border Patrol Agent from 2015 through 2019.  I have completed the Criminal Investigator Training Program, HSI Special Agent Training Program, and the Border Patrol Agent Basic Training Program at Federal Law Enforcement Training Centers in Glynco, GA and Artesia, NM. These academies consisted of comprehensive training in multiple disciplines including proper investigative techniques and the application and execution of search, arrest, and seizure warrants for violations of federal laws, including but not limited to violations of the Immigration and Nationality Act.

2.      I submit this Affidavit in support of a criminal complaint against Miguel Angel SANCHEZ JR (SANCHEZ) because there is probable cause to believe that he encouraged and induced aliens to come to, enter, and reside in the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

3.      The statements contained in this Affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, other State and Federal law enforcement officers and agents, and upon facts and information from the following sources I believe to be reliable: oral and written reports pertaining

to this investigation which I received directly from Customs and Border Protection (CBP) Air and Marine Operation (AMO) Agents, interviews, and investigative database sources.  Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or other law enforcement officers or agents involved in this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause.

**PROBABLE CAUSE**

4.      On or about September 5, 2022, Customs and Border Protection (CBP) Air and Marine Operations (AMO) contacted Homeland Security Investigations (HSI) regarding the interdiction of a center console vessel (SUSPECT VESSEL), with triple engines, approximately thirty-five (35) feet in length.  The SUSPECT VESSEL was operating approximately eight (8) nautical miles off the coast of Elliot Key, Florida and traveling toward the United States. CBP AMO interdicted the SUSPECT VESSEL at this location. A total of three (3) subjects (one (1) US Citizen, one (1) Trinidadian National, and one (1) Bahamian National) were encountered aboard the SUSPECT VESSEL.   AMO observed the individual, later identified as Miguel Angel SANCHEZ JR., operating the vessel.

5.      On or about September 5, 2022, CBP AMO conducted interviews of the three (3) subjects aboard the vessel and learned two (2) subjects did not have legal status nor lawful permission to enter the United States.

6.      Records checks of immigration databases confirmed that two (2) of the passengers on the SUSPECT VESSEL were citizens and nationals of Trinidad and Tobago and the Bahamas who did not have legal status in the United States.  Further, neither of them had lawful permission

2

to enter the United States on or about September 5, 2022.  Records checks further revealed that SANCHEZ was a U.S. Citizen.

7.      Record checks of Driver and Vehicle Information Database (DAVID) identified the SUSPECT VESSEL as United States flagged, Hull Identification Number (HIN) JDJ35024F090, and was a 1990 Contender center console, 35' in length, with three (3) inboard motors.  Record checks through DAVID also identified SANCHEZ as the registered owner of the SUSPECT VESSEL. The SUSPECT VESSEL contained additional fuel containers and GPS devices which were found to contain multiple waypoint tracks from Homestead, Florida to the Bahamas and back to Homestead, Florida to include on September 5, 2022. The SUSPECT VESSEL and GPS devices were searched pursuant to a lawful border search.

8.      On or about September 5, 2022, law enforcement interviewed one of the individuals on board the SUSPECT VESSEL who has the initials N.J.  Investigators advised N.J. of his/her Miranda rights in English.  N.J. indicated he/she understood and agreed to waive his/her rights and speak with investigators.  N.J. informed investigators he/she had been previously removed from the United States and did not have the proper documents to enter or reside in the United States. N.J. stated he/she traveled to Bimini, Bahamas to be smuggled into the United States and paid a pre-arranged smuggling fee of approximately $7,000 United States dollars (USD) which was divided between a Bahamian contact and SANCHEZ.  N.J. identified the SUSPECT VESSEL as the vessel that was used to transport him/her from the Bahamas to the United States.  N.J. subsequently identified SANCHEZ as the operator of the SUSPECT VESSEL.

9.    Based upon the foregoing, I respectfully submit that there is probable cause to believe that on or about September 5, 2022, Miguel Angel SANCHEZ JR encouraged and induced aliens to come to, enter, and reside in the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

**FURTHER AFFIANT SAYETH NAUGHT.**

CRYSTAL BECKER, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant via _Facetime_
in accordance with the requirement of Fed R. Crim. P. 4.1
this 6th day of September, 2022

HON. LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

4